# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ELAINE HOPE, INDIVIDUALLY AND AS ADMINISTRATOR FOR THE ESTATE OF TIMOTY A. KILIAN,** | ) ) ) ) ) | **CASE NO. 1:05 CV 538** |
| Plaintiff, | ) ) | **JUDGE PETER C. ECONOMUS** |
| v. | ) ) | |
| **LAKE COUNTY BOARD OF COMMISSIONERS, et al.** | ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

This matter is before the Court upon Defendants' Motion for Summary Judgment (Dkt. #28). For the reasons set forth in the Memorandum Opinion and Order issued contemporaneously herewith, and incorporated herein by reference, the Court hereby orders that the Defendants' Motion for Summary Judgment is **GRANTED**. Accordingly, **JUDGMENT** is entered in favor of the Defendants on the 42 U.S.C. § 1983 claims alleged in the Complaint. Additionally, the Court declines to exercise its supplemental jurisdiction over the remaining state law claims and said claims are **DISMISSED**.

    **IT IS SO ORDERED.**

                                                     /s/ *Peter C. Economus* – 03/31/06
                                                     **PETER C. ECONOMUS**
                                                     **UNITED STATES DISTRICT JUDGE**